FILED

OCT 2 9 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY CARVER BRIGGS, JR., <br><br> Plaintiff, <br><br> v. <br><br> DR. FERNANDO TUERA, et al., <br><br> Defendants. | No. C 14-02744 BLF (PR) <br><br> **ORDER GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*** <br><br> (Docket No. 4) |

Plaintiff's motion to proceed *in forma pauperis*, (Docket No. 4), is GRANTED. The total filing fee that ultimately will be due is $350.00. Due to the lack of funds in Plaintiff's account, no initial fee is due at this time. Funds for the filing fee will be taken from income to Plaintiff's account in accordance with 28 U.S.C. § 1915(B)(1). A copy of this Order and the attached instructions will be sent to Plaintiff, the prison's trust account office, and the Court's financial office.

This order terminates Docket No. 4.

**IT IS SO ORDERED.**

DATED: 10-29-2014

BETH LABSON FREEMAN
United States District Judge